UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH E. AGEE,  )  CASE NO. C08-1009-TSZ
            )
    Plaintiff,  )
            )
    v.      )  ORDER DISMISSING § 1983 ACTION
            )
STATE OF WASHINGTON, et al.,  )
            )
    Defendants.  )
_____  )

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The complaint and this action are DISMISSED without prejudice;

(3) Plaintiff's application for leave to proceed *in forma pauperis* is DENIED as moot; and

(4) The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

DATED this 22nd day of August, 2008.

　　　　　　　　　　　　　　　　　　　/s/ Thomas S. Zilly
　　　　　　　　　　　　　　　　　　　Thomas S. Zilly
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER DISMISSING § 1983 ACTION
PAGE -1